

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00117-CR

_____

JERRY DON WHATLEY, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 294th District Court
Van Zandt County, Texas
Trial Court No. CR05-00442

Before Morriss, C.J., Carter and Moseley, JJ.

## O R D E R

Jerry Don Whatley was convicted by a jury of aggravated sexual assault of a child. Punishment was assessed at fifty years' imprisonment. In an opinion issued October 16, 2013, we reversed the judgment and acquitted.

On November 4, 2013, Whatley filed a motion pursuant to Article 44.04(h) of the Code of Criminal Procedure asking this Court to set bail pending final determination of his appeal. *See* TEX. CODE CRIM. PROC. ANN. art. 44.04(h) (West 2006). Because the appellant's motion was filed prior to the filing of a petition for discretionary review, this Court has jurisdiction to set the amount of bail.

It appears to this Court that the motion should be granted. Considering the nature of the crime, the levels of pretrial bail set below and other circumstances, we set bail at $100,000.00. As required by the Code, if a surety bond is posted, the sureties on the bond must be approved by the trial court.

IT IS SO ORDERED.

BY THE COURT

Date: November 13, 2013